UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHARLES AKERS, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   No. 1:18-cv-03316-JRS-MPB |
| | ) |
| TIM JUNGBLUT TRUCKING, INC., et al. | ) |
| | ) |
| Defendants. | ) |

**Final Judgment**

Consistent with the Entry signed today, the Court now enters final judgment in favor of Defendants Tim Jungblut Trucking, Inc. and Timothy Jungblut. Plaintiffs shall take nothing by their complaint, and this case is closed.

Date: 3/25/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

1

Distribution:

Tessa L. Castner
FROST BROWN TODD LLC (Cincinnati)
tcastner@fbtlaw.com

Neal Shah
FROST BROWN TODD LLC
nshah@fbtlaw.com

Ronald E. Weldy
WELDY LAW
rweldy@weldylegal.com

Heather L. Wilson
FROST BROWN TODD LLC (Indianapolis)
hwilson@fbtlaw.com