UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHARLES AKERS,<br>MARK ZACHARIAS, on Behalf of<br>Themselves and All Others Similarly<br>Situated,<br><br>            Plaintiffs,<br><br>            v.<br><br>TIM JUNGBLUT TRUCKING, INC.,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:18-cv-03316-JRS-MPB<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

This action is dismissed without prejudice. The Court retains jurisdiction to enforce the terms of the Agreement of Settlement and Release.

Date: 5/10/2021

                                                JAMES R. SWEENEY II, JUDGE
                                                United States District Court
                                                Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
      Deputy Clerk, U.S. District Court

Distribution by CM/ECF to all registered counsel of record